IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NUMED TECHNOLOGIES, INC.                                        PLAINTIFF

    vs.                    CASE No. 06-CV-5033

TIM R. FIDLER and FIDMED, LLC                                   DEFENDANTS

### ORDER

Now on this 21st day of June, 2006, there comes on for consideration the above-styled and numbered cause. In accordance with the plaintiff's Motion to Dismiss (#22), and being well and sufficiently advised in the premises, the Court finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
    Robert T. Dawson
    United States District Judge